UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| TARA L. MALDONADO, | ) | Case No.: 1:16-cv-00187-GSA |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING EXTENSION OF** |
| | ) | **TIME REQUEST** |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Parties' Stipulation for Extension of Time (Doc. 17), IT IS HEREBY

ORDERED that Defendant has until December 30, 2016, to submit her response to Plaintiff's

Opening Brief.  All other dates in the Scheduling Order (Doc. 4) shall be extended accordingly.


IT IS SO ORDERED.

Dated:   **November 18, 2016**              **_____/s/ Gary S. Austin_____**
                                                    UNITED STATES MAGISTRATE JUDGE

1:16-cv-00187-GSA
Order